UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES BLUNT,

    Plaintiff,

v.

A. ORTIZ, et al.,

    Defendants.
_____/

Case No. 2:20-cv-14

HON. JANE M. BECKERING

# ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Ortiz filed a Motion for Summary Judgment (ECF No. 31). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 40) on August 5, 2022, recommending that this Court grant in part and deny in part the Motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 40) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 31) is GRANTED IN PART AND DENIED IN PART. Specifically, the Court: (1) grants the Motion with respect to Plaintiff's excessive force claims against Defendant Ortiz; and (2) denies the Motion with respect to Plaintiff's retaliation claim against Defendant Ortiz.

Dated: September 1, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge